Image Not Available

Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 07/12/2026 | 07/25/2026 | 07/31/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 494.17 | 9.00 | 1,888.44 |
| YTD | 41,409.80 | 4,226.57 | 7,649.31 | 281.52 | 29,252.40 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | 07/12/2026 - 07/25/2026 | 32 | 33.4 | 1,068.80 | 108 | 3,607.20 |
| Salary | 07/12/2026 - 07/25/2026 | 42 | 0 | 1,402.40 | 1118 | 37,335.00 |
| Sick | 07/12/2026 - 07/25/2026 | 6 | 33.4 | 200.40 | 14 | 467.60 |
| Earnings | | | | 2,671.60 | | 41,409.80 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 152.08 | 2,365.55 |
| Medicare | 35.56 | 553.23 |
| Federal Withholding | 203.15 | 3,123.49 |
| State Tax - PA | 75.06 | 1,167.68 |
| SUI-Colleague Paid - PA | 1.87 | 29.00 |
| City Tax - PALMR | 24.45 | 380.36 |
| PA LST - PALMR | 2.00 | 30.00 |
| Employee Taxes | 494.17 | 7,649.31 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 828.32 |
| Benefits Comprehensive Dental Employee | 28.22 | 423.30 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 154.50 |
| LVHN Health Plan PPO - EE | 113.03 | 1,695.45 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 1,125.00 |
| Pre Tax Deductions | 279.99 | 4,226.57 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 64.05 |
| 403(b) Loan (Employee Loan 6) | | 146.52 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 70.95 |
| Post Tax Deductions | 9.00 | 281.52 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 414.16 |
| Benefits Basic Life Employer | 4.17 | 62.55 |
| GTL | 7.83 | 117.45 |
| Benefits Long Term Disability | 8.90 | 133.50 |
| LVHN Health Plan PPO - ER | 739.12 | 11,086.80 |
| Benefits Short Term Disability | 7.48 | 112.20 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 794.22 | 11,951.66 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,452.88 | 38,154.00 |
| Medicare - Taxable Wages | 2,452.88 | 38,154.00 |
| Federal Withholding - Taxable Wages | 2,399.44 | 37,325.68 |
| State Tax Taxable Wages - PA | 2,445.05 | 38,036.55 |
| City Tax Taxable Wages - PALMR | 2,445.05 | 38,036.55 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,888.44 USD |

Image Not Available

Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 06/28/2026 | 07/11/2026 | 07/17/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 494.18 | 9.00 | 1,888.43 |
| YTD | 38,738.20 | 3,946.58 | 7,155.14 | 272.52 | 27,363.96 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | | | 0 | | 76 | 2,538.40 |
| Salary | 06/28/2026 - 07/11/2026 | 80 | 0 | 2,671.60 | 1076 | 35,932.60 |
| Sick | | | 0 | | 8 | 267.20 |
| Earnings | | | | 2,671.60 | | 38,738.20 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 152.08 | 2,213.47 |
| Medicare | 35.57 | 517.67 |
| Federal Withholding | 203.15 | 2,920.34 |
| State Tax - PA | 75.06 | 1,092.62 |
| SUI-Colleague Paid - PA | 1.87 | 27.13 |
| City Tax - PALMR | 24.45 | 355.91 |
| PA LST - PALMR | 2.00 | 28.00 |
| Employee Taxes | 494.18 | 7,155.14 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 774.88 |
| Benefits Comprehensive Dental Employee | 28.22 | 395.08 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 144.20 |
| LVHN Health Plan PPO - EE | 113.03 | 1,582.42 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 1,050.00 |
| Pre Tax Deductions | 279.99 | 3,946.58 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 59.78 |
| 403(b) Loan (Employee Loan 6) | | 146.52 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 66.22 |
| Post Tax Deductions | 9.00 | 272.52 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 387.44 |
| Benefits Basic Life Employer | 4.17 | 58.38 |
| GTL | 7.83 | 109.62 |
| Benefits Long Term Disability | 8.90 | 124.60 |
| LVHN Health Plan PPO - ER | 739.12 | 10,347.68 |
| Benefits Short Term Disability | 7.48 | 104.72 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 794.22 | 11,157.44 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,452.88 | 35,701.12 |
| Medicare - Taxable Wages | 2,452.88 | 35,701.12 |
| Federal Withholding - Taxable Wages | 2,399.44 | 34,926.24 |
| State Tax Taxable Wages - PA | 2,445.05 | 35,591.50 |
| City Tax Taxable Wages - PALMR | 2,445.05 | 35,591.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,888.43 USD |



Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Mary Altorfer 2726 Guylon St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 06/14/2026 | 06/27/2026 | 07/02/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 494.18 | 9.00 | 1,888.43 |
| YTD | 36,066.60 | 3,666.59 | 6,660.96 | 263.52 | 25,475.53 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | | | 0 | | 76 | 2,538.40 |
| Salary | 06/14/2026 - 06/27/2026 | 80 | 0 | 2,671.60 | 996 | 33,261.00 |
| Sick | | | 0 | | 8 | 267.20 |
| Earnings | | | | 2,671.60 | | 36,066.60 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 152.08 | 2,061.39 |
| Medicare | 35.57 | 482.10 |
| Federal Withholding | 203.15 | 2,717.19 |
| State Tax - PA | 75.06 | 1,017.56 |
| SUI-Colleague Paid - PA | 1.87 | 25.26 |
| City Tax - PALMR | 24.45 | 331.46 |
| PA LST - PALMR | 2.00 | 26.00 |
| Employee Taxes | 494.18 | 6,660.96 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 721.44 |
| Benefits Comprehensive Dental Employee | 28.22 | 366.86 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 133.90 |
| LVHN Health Plan PPO - EE | 113.03 | 1,469.39 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 975.00 |
| Pre Tax Deductions | 279.99 | 3,666.59 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 55.51 |
| 403(b) Loan (Employee Loan 6) | | 146.52 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 61.49 |
| Post Tax Deductions | 9.00 | 263.52 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 360.72 |
| Benefits Basic Life Employer | 4.17 | 54.21 |
| GTL | 7.83 | 101.79 |
| Benefits Long Term Disability | 8.90 | 115.70 |
| LVHN Health Plan PPO - ER | 739.12 | 9,608.56 |
| Benefits Short Term Disability | 7.48 | 97.24 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 794.22 | 10,363.22 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,452.88 | 33,248.24 |
| Medicare - Taxable Wages | 2,452.88 | 33,248.24 |
| Federal Withholding - Taxable Wages | 2,399.44 | 32,526.80 |
| State Tax Taxable Wages - PA | 2,445.05 | 33,146.45 |
| City Tax Taxable Wages - PALMR | 2,445.05 | 33,146.45 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,888.43 USD |

Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 05/31/2026 | 06/13/2026 | 06/18/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 494.17 | 21.21 | 1,876.23 |
| YTD | 33,395.00 | 3,386.60 | 6,166.78 | 254.52 | 23,587.10 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | | | 0 | | 76 | 2,538.40 |
| Salary | 05/31/2026 - 06/13/2026 | 80 | 0 | 2,671.60 | 916 | 30,589.40 |
| Sick | | | 0 | | 8 | 267.20 |
| Earnings | | | | 2,671.60 | | 33,395.00 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 152.08 | 1,909.31 |
| Medicare | 35.56 | 446.53 |
| Federal Withholding | 203.15 | 2,514.04 |
| State Tax - PA | 75.06 | 942.50 |
| SUI-Colleague Paid - PA | 1.87 | 23.39 |
| City Tax - PALMR | 24.45 | 307.01 |
| PA LST - PALMR | 2.00 | 24.00 |
| Employee Taxes | 494.17 | 6,166.78 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 668.00 |
| Benefits Comprehensive Dental Employee | 28.22 | 338.64 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 123.60 |
| LVHN Health Plan PPO - EE | 113.03 | 1,356.36 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 900.00 |
| Pre Tax Deductions | 279.99 | 3,386.60 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 51.24 |
| 403(b) Loan (Employee Loan 6) | 12.21 | 146.52 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 56.76 |
| Post Tax Deductions | 21.21 | 254.52 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 334.00 |
| Benefits Basic Life Employer | 4.17 | 50.04 |
| GTL | 7.83 | 93.96 |
| Benefits Long Term Disability | 8.90 | 106.80 |
| LVHN Health Plan PPO - ER | 739.12 | 8,869.44 |
| Benefits Short Term Disability | 7.48 | 89.76 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 794.22 | 9,569.00 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,452.88 | 30,795.36 |
| Medicare - Taxable Wages | 2,452.88 | 30,795.36 |
| Federal Withholding - Taxable Wages | 2,399.44 | 30,127.36 |
| State Tax Taxable Wages - PA | 2,445.05 | 30,701.40 |
| City Tax Taxable Wages - PALMR | 2,445.05 | 30,701.40 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,876.23 USD |

Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000

Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 05/17/2026 | 05/30/2026 | 06/05/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 492.17 | 21.21 | 1,878.23 |
| YTD | 30,723.40 | 3,106.61 | 5,672.61 | 233.31 | 21,710.87 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | 05/17/2026 - 05/30/2026 | 8 | 33.4 | 267.20 | 76 | 2,538.40 |
| Salary | 05/17/2026 - 05/30/2026 | 72 | 0 | 2,404.40 | 836 | 27,917.80 |
| Sick | | | 0 | | 8 | 267.20 |
| Earnings | | | | 2,671.60 | | 30,723.40 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 152.07 | 1,757.23 |
| Medicare | 35.57 | 410.97 |
| Federal Withholding | 203.15 | 2,310.89 |
| State Tax - PA | 75.06 | 867.44 |
| SUI-Colleague Paid - PA | 1.87 | 21.52 |
| City Tax - PALMR | 24.45 | 282.56 |
| PA LST - PALMR | | 22.00 |
| Employee Taxes | 492.17 | 5,672.61 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 614.56 |
| Benefits Comprehensive Dental Employee | 28.22 | 310.42 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 113.30 |
| LVHN Health Plan PPO - EE | 113.03 | 1,243.33 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 825.00 |
| Pre Tax Deductions | 279.99 | 3,106.61 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 46.97 |
| 403(b) Loan (Employee Loan 6) | 12.21 | 134.31 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 52.03 |
| Post Tax Deductions | 21.21 | 233.31 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 307.28 |
| Benefits Basic Life Employer | 4.17 | 45.87 |
| GTL | 7.83 | 86.13 |
| Benefits Long Term Disability | 8.90 | 97.90 |
| LVHN Health Plan PPO - ER | 739.12 | 8,130.32 |
| Benefits Short Term Disability | 7.48 | 82.28 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 794.22 | 8,774.78 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,452.88 | 28,342.48 |
| Medicare - Taxable Wages | 2,452.88 | 28,342.48 |
| Federal Withholding - Taxable Wages | 2,399.44 | 27,727.92 |
| State Tax Taxable Wages - PA | 2,445.05 | 28,256.35 |
| City Tax Taxable Wages - PALMR | 2,445.05 | 28,256.35 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,878.23 USD |




Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 05/10/2026 | 05/23/2026 | 05/21/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,335.80 | 26.72 | 232.73 | 0.00 | 1,076.35 |
| YTD | 28,051.80 | 2,826.62 | 5,180.44 | 212.10 | 19,832.64 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | | | 0 | | 68 | 2,271.20 |
| Salary | 05/10/2026 - 05/16/2026 | 40 | 0 | 1,335.80 | 764 | 25,513.40 |
| Sick | | | 0 | | 8 | 267.20 |
| Earnings | | | | 1,335.80 | | 28,051.80 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 82.82 | 1,605.16 |
| Medicare | 19.37 | 375.40 |
| Federal Withholding | 73.24 | 2,107.74 |
| State Tax - PA | 41.01 | 792.38 |
| SUI-Colleague Paid - PA | 0.93 | 19.65 |
| City Tax - PALMR | 13.36 | 258.11 |
| PA LST - PALMR | 2.00 | 22.00 |
| Employee Taxes | 232.73 | 5,180.44 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 26.72 | 561.12 |
| Benefits Comprehensive Dental Employee | | 282.20 |
| Benefits Vision Employee Buy Up Plan | | 103.00 |
| LVHN Health Plan PPO - EE | | 1,130.30 |
| LVHN Health Plan Spousal Surcharge | | 750.00 |
| Pre Tax Deductions | 26.72 | 2,826.62 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | | 42.70 |
| 403(b) Loan (Employee Loan 6) | | 122.10 |
| Benefits Supplemental Dependent Life Spousal | | 47.30 |
| Post Tax Deductions | 0.00 | 212.10 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 13.36 | 280.56 |
| Benefits Basic Life Employer | | 41.70 |
| GTL | | 78.30 |
| Benefits Long Term Disability | | 89.00 |
| LVHN Health Plan PPO - ER | | 7,391.20 |
| Benefits Short Term Disability | | 74.80 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 13.36 | 7,980.56 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,335.80 | 25,889.60 |
| Medicare - Taxable Wages | 1,335.80 | 25,889.60 |
| Federal Withholding - Taxable Wages | 1,309.08 | 25,328.48 |
| State Tax Taxable Wages - PA | 1,335.80 | 25,811.30 |
| City Tax Taxable Wages - PALMR | 1,335.80 | 25,811.30 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,076.35 USD |

Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000

Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 04/26/2026 | 05/09/2026 | 05/14/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 494.18 | 21.21 | 1,876.22 |
| YTD | 26,716.00 | 2,799.90 | 4,947.71 | 212.10 | 18,756.29 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | 04/26/2026 - 05/09/2026 | 8 | 33.4 | 267.20 | 68 | 2,271.20 |
| Salary | 04/26/2026 - 05/09/2026 | 72 | 0 | 2,404.40 | 724 | 24,177.60 |
| Sick | | | 0 | | 8 | 267.20 |
| Earnings | | | | 2,671.60 | | 26,716.00 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 152.08 | 1,522.34 |
| Medicare | 35.57 | 356.03 |
| Federal Withholding | 203.15 | 2,034.50 |
| State Tax - PA | 75.06 | 751.37 |
| SUI-Colleague Paid - PA | 1.87 | 18.72 |
| City Tax - PALMR | 24.45 | 244.75 |
| PA LST - PALMR | 2.00 | 20.00 |
| Employee Taxes | 494.18 | 4,947.71 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 534.40 |
| Benefits Comprehensive Dental Employee | 28.22 | 282.20 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 103.00 |
| LVHN Health Plan PPO - EE | 113.03 | 1,130.30 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 750.00 |
| Pre Tax Deductions | 279.99 | 2,799.90 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 42.70 |
| 403(b) Loan (Employee Loan 6) | 12.21 | 122.10 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 47.30 |
| Post Tax Deductions | 21.21 | 212.10 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 267.20 |
| Benefits Basic Life Employer | 4.17 | 41.70 |
| GTL | 7.83 | 78.30 |
| Benefits Long Term Disability | 8.90 | 89.00 |
| LVHN Health Plan PPO - ER | 739.12 | 7,391.20 |
| Benefits Short Term Disability | 7.48 | 74.80 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 794.22 | 7,967.20 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,452.88 | 24,553.80 |
| Medicare - Taxable Wages | 2,452.88 | 24,553.80 |
| Federal Withholding - Taxable Wages | 2,399.44 | 24,019.40 |
| State Tax Taxable Wages - PA | 2,445.05 | 24,475.50 |
| City Tax Taxable Wages - PALMR | 2,445.05 | 24,475.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,876.22 USD |

Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 04/12/2026 | 04/25/2026 | 04/30/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 494.17 | 21.21 | 1,876.23 |
| YTD | 24,044.40 | 2,519.91 | 4,453.53 | 190.89 | 16,880.07 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | 04/12/2026 - 04/25/2026 | 24 | 33.4 | 801.60 | 60 | 2,004.00 |
| Salary | 04/12/2026 - 04/25/2026 | 56 | 0 | 1,870.00 | 652 | 21,773.20 |
| Sick | | | 0 | | 8 | 267.20 |
| Earnings | | | | 2,671.60 | | 24,044.40 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 152.08 | 1,370.26 |
| Medicare | 35.56 | 320.46 |
| Federal Withholding | 203.15 | 1,831.35 |
| State Tax - PA | 75.06 | 676.31 |
| SUI-Colleague Paid - PA | 1.87 | 16.85 |
| City Tax - PALMR | 24.45 | 220.30 |
| PA LST - PALMR | 2.00 | 18.00 |
| Employee Taxes | 494.17 | 4,453.53 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 480.96 |
| Benefits Comprehensive Dental Employee | 28.22 | 253.98 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 92.70 |
| LVHN Health Plan PPO - EE | 113.03 | 1,017.27 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 675.00 |
| Pre Tax Deductions | 279.99 | 2,519.91 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 38.43 |
| 403(b) Loan (Employee Loan 6) | 12.21 | 109.89 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 42.57 |
| Post Tax Deductions | 21.21 | 190.89 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 240.48 |
| Benefits Basic Life Employer | 4.17 | 37.53 |
| GTL | 7.83 | 70.47 |
| Benefits Long Term Disability | 8.90 | 80.10 |
| LVHN Health Plan PPO - ER | 739.12 | 6,652.08 |
| Benefits Short Term Disability | 7.48 | 67.32 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 794.22 | 7,172.98 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,452.88 | 22,100.92 |
| Medicare - Taxable Wages | 2,452.88 | 22,100.92 |
| Federal Withholding - Taxable Wages | 2,399.44 | 21,619.96 |
| State Tax Taxable Wages - PA | 2,445.05 | 22,030.45 |
| City Tax Taxable Wages - PALMR | 2,445.05 | 22,030.45 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,876.23 USD |

Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 03/29/2026 | 04/11/2026 | 04/16/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 494.18 | 21.21 | 1,876.22 |
| YTD | 21,372.80 | 2,239.92 | 3,959.36 | 169.68 | 15,003.84 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | | | 0 | | 36 | 1,202.40 |
| Salary | 03/29/2026 - 04/11/2026 | 80 | 0 | 2,671.60 | 596 | 19,903.20 |
| Sick | | | 0 | | 8 | 267.20 |
| Earnings | | | | 2,671.60 | | 21,372.80 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 152.08 | 1,218.18 |
| Medicare | 35.57 | 284.90 |
| Federal Withholding | 203.15 | 1,628.20 |
| State Tax - PA | 75.06 | 601.25 |
| SUI-Colleague Paid - PA | 1.87 | 14.98 |
| City Tax - PALMR | 24.45 | 195.85 |
| PA LST - PALMR | 2.00 | 16.00 |
| Employee Taxes | 494.18 | 3,959.36 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 427.52 |
| Benefits Comprehensive Dental Employee | 28.22 | 225.76 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 82.40 |
| LVHN Health Plan PPO - EE | 113.03 | 904.24 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 600.00 |
| Pre Tax Deductions | 279.99 | 2,239.92 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 34.16 |
| 403(b) Loan (Employee Loan 6) | 12.21 | 97.68 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 37.84 |
| Post Tax Deductions | 21.21 | 169.68 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 213.76 |
| Benefits Basic Life Employer | 4.17 | 33.36 |
| GTL | 7.83 | 62.64 |
| Benefits Long Term Disability | 8.90 | 71.20 |
| LVHN Health Plan PPO - ER | 739.12 | 5,912.96 |
| Benefits Short Term Disability | 7.48 | 59.84 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 794.22 | 6,378.76 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,452.88 | 19,648.04 |
| Medicare - Taxable Wages | 2,452.88 | 19,648.04 |
| Federal Withholding - Taxable Wages | 2,399.44 | 19,220.52 |
| State Tax Taxable Wages - PA | 2,445.05 | 19,585.40 |
| City Tax Taxable Wages - PALMR | 2,445.05 | 19,585.40 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,876.22 USD |



Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 03/15/2026 | 03/28/2026 | 04/02/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 494.18 | 21.21 | 1,876.22 |
| YTD | 18,701.20 | 1,959.93 | 3,465.18 | 148.47 | 13,127.62 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | 03/15/2026 - 03/28/2026 | 8 | 33.4 | 267.20 | 36 | 1,202.40 |
| Salary | 03/15/2026 - 03/28/2026 | 72 | 0 | 2,404.40 | 516 | 17,231.60 |
| Sick | | | 0 | | 8 | 267.20 |
| Earnings | | | | 2,671.60 | | 18,701.20 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 152.08 | 1,066.10 |
| Medicare | 35.57 | 249.33 |
| Federal Withholding | 203.15 | 1,425.05 |
| State Tax - PA | 75.06 | 526.19 |
| SUI-Colleague Paid - PA | 1.87 | 13.11 |
| City Tax - PALMR | 24.45 | 171.40 |
| PA LST - PALMR | 2.00 | 14.00 |
| Employee Taxes | 494.18 | 3,465.18 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 374.08 |
| Benefits Comprehensive Dental Employee | 28.22 | 197.54 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 72.10 |
| LVHN Health Plan PPO - EE | 113.03 | 791.21 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 525.00 |
| Pre Tax Deductions | 279.99 | 1,959.93 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 29.89 |
| 403(b) Loan (Employee Loan 6) | 12.21 | 85.47 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 33.11 |
| Post Tax Deductions | 21.21 | 148.47 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 187.04 |
| Benefits Basic Life Employer | 4.17 | 29.19 |
| GTL | 7.83 | 54.81 |
| Benefits Long Term Disability | 8.90 | 62.30 |
| LVHN Health Plan PPO - ER | 739.12 | 5,173.84 |
| Benefits Short Term Disability | 7.48 | 52.36 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 794.22 | 5,584.54 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,452.88 | 17,195.16 |
| Medicare - Taxable Wages | 2,452.88 | 17,195.16 |
| Federal Withholding - Taxable Wages | 2,399.44 | 16,821.08 |
| State Tax Taxable Wages - PA | 2,445.05 | 17,140.35 |
| City Tax Taxable Wages - PALMR | 2,445.05 | 17,140.35 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,876.22 USD |

Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 03/01/2026 | 03/14/2026 | 03/19/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 494.17 | 21.21 | 1,876.23 |
| YTD | 16,029.60 | 1,679.94 | 2,971.00 | 127.26 | 11,251.40 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | | | 0 | | 28 | 935.20 |
| Salary | 03/01/2026 - 03/14/2026 | 80 | 0 | 2,671.60 | 444 | 14,827.20 |
| Sick | | | 0 | | 8 | 267.20 |
| Earnings | | | | 2,671.60 | | 16,029.60 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 152.08 | 914.02 |
| Medicare | 35.56 | 213.76 |
| Federal Withholding | 203.15 | 1,221.90 |
| State Tax - PA | 75.06 | 451.13 |
| SUI-Colleague Paid - PA | 1.87 | 11.24 |
| City Tax - PALMR | 24.45 | 146.95 |
| PA LST - PALMR | 2.00 | 12.00 |
| Employee Taxes | 494.17 | 2,971.00 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 320.64 |
| Benefits Comprehensive Dental Employee | 28.22 | 169.32 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 61.80 |
| LVHN Health Plan PPO - EE | 113.03 | 678.18 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 450.00 |
| Pre Tax Deductions | 279.99 | 1,679.94 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 25.62 |
| 403(b) Loan (Employee Loan 6) | 12.21 | 73.26 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 28.38 |
| Post Tax Deductions | 21.21 | 127.26 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 160.32 |
| Benefits Basic Life Employer | 4.17 | 25.02 |
| GTL | 7.83 | 46.98 |
| Benefits Long Term Disability | 8.90 | 53.40 |
| LVHN Health Plan PPO - ER | 739.12 | 4,434.72 |
| Benefits Short Term Disability | 7.48 | 44.88 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 794.22 | 4,790.32 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,452.88 | 14,742.28 |
| Medicare - Taxable Wages | 2,452.88 | 14,742.28 |
| Federal Withholding - Taxable Wages | 2,399.44 | 14,421.64 |
| State Tax Taxable Wages - PA | 2,445.05 | 14,695.30 |
| City Tax Taxable Wages - PALMR | 2,445.05 | 14,695.30 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,876.23 USD |

Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 02/15/2026 | 02/28/2026 | 03/05/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 494.18 | 21.21 | 1,876.22 |
| YTD | 13,358.00 | 1,399.95 | 2,476.83 | 106.05 | 9,375.17 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | 02/15/2026 - 02/28/2026 | 12 | 33.4 | 400.80 | 28 | 935.20 |
| Salary | 02/15/2026 - 02/28/2026 | 68 | 0 | 2,270.80 | 364 | 12,155.60 |
| Sick | | | 0 | | 8 | 267.20 |
| Earnings | | | | 2,671.60 | | 13,358.00 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 152.08 | 761.94 |
| Medicare | 35.57 | 178.20 |
| Federal Withholding | 203.15 | 1,018.75 |
| State Tax - PA | 75.06 | 376.07 |
| SUI-Colleague Paid - PA | 1.87 | 9.37 |
| City Tax - PALMR | 24.45 | 122.50 |
| PA LST - PALMR | 2.00 | 10.00 |
| Employee Taxes | 494.18 | 2,476.83 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 267.20 |
| Benefits Comprehensive Dental Employee | 28.22 | 141.10 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 51.50 |
| LVHN Health Plan PPO - EE | 113.03 | 565.15 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 375.00 |
| Pre Tax Deductions | 279.99 | 1,399.95 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 21.35 |
| 403(b) Loan (Employee Loan 6) | 12.21 | 61.05 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 23.65 |
| Post Tax Deductions | 21.21 | 106.05 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 133.60 |
| Benefits Basic Life Employer | 4.17 | 20.85 |
| GTL | 7.83 | 39.15 |
| Benefits Long Term Disability | 8.90 | 44.50 |
| LVHN Health Plan PPO - ER | 739.12 | 3,695.60 |
| Benefits Short Term Disability | 7.48 | 37.40 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 794.22 | 3,996.10 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,452.88 | 12,289.40 |
| Medicare - Taxable Wages | 2,452.88 | 12,289.40 |
| Federal Withholding - Taxable Wages | 2,399.44 | 12,022.20 |
| State Tax Taxable Wages - PA | 2,445.05 | 12,250.25 |
| City Tax Taxable Wages - PALMR | 2,445.05 | 12,250.25 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,876.22 USD |

Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 02/01/2026 | 02/14/2026 | 02/19/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 494.17 | 21.21 | 1,876.23 |
| YTD | 10,686.40 | 1,119.96 | 1,982.65 | 84.84 | 7,498.95 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | | | 0 | | 16 | 534.40 |
| Salary | 02/01/2026 - 02/14/2026 | 80 | 0 | 2,671.60 | 296 | 9,884.80 |
| Sick | | | 0 | | 8 | 267.20 |
| Earnings | | | | 2,671.60 | | 10,686.40 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 152.07 | 609.86 |
| Medicare | 35.57 | 142.63 |
| Federal Withholding | 203.15 | 815.60 |
| State Tax - PA | 75.06 | 301.01 |
| SUI-Colleague Paid - PA | 1.87 | 7.50 |
| City Tax - PALMR | 24.45 | 98.05 |
| PA LST - PALMR | 2.00 | 8.00 |
| Employee Taxes | 494.17 | 1,982.65 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 213.76 |
| Benefits Comprehensive Dental Employee | 28.22 | 112.88 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 41.20 |
| LVHN Health Plan PPO - EE | 113.03 | 452.12 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 300.00 |
| Pre Tax Deductions | 279.99 | 1,119.96 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 17.08 |
| 403(b) Loan (Employee Loan 6) | 12.21 | 48.84 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 18.92 |
| Post Tax Deductions | 21.21 | 84.84 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 106.88 |
| Benefits Basic Life Employer | 4.17 | 16.68 |
| GTL | 7.83 | 31.32 |
| Benefits Long Term Disability | 8.90 | 35.60 |
| LVHN Health Plan PPO - ER | 739.12 | 2,956.48 |
| Benefits Short Term Disability | 7.48 | 29.92 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 794.22 | 3,201.88 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,452.88 | 9,836.52 |
| Medicare - Taxable Wages | 2,452.88 | 9,836.52 |
| Federal Withholding - Taxable Wages | 2,399.44 | 9,622.76 |
| State Tax Taxable Wages - PA | 2,445.05 | 9,805.20 |
| City Tax Taxable Wages - PALMR | 2,445.05 | 9,805.20 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,876.23 USD |

Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 01/18/2026 | 01/31/2026 | 02/05/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 494.17 | 21.21 | 1,876.23 |
| YTD | 8,014.80 | 839.97 | 1,488.48 | 63.63 | 5,622.72 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | 01/18/2026 - 01/31/2026 | 4 | 33.4 | 133.60 | 16 | 534.40 |
| Salary | 01/18/2026 - 01/31/2026 | 68 | 0 | 2,270.80 | 216 | 7,213.20 |
| Sick | 01/18/2026 - 01/31/2026 | 8 | 33.4 | 267.20 | 8 | 267.20 |
| Earnings | | | | 2,671.60 | | 8,014.80 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 152.08 | 457.79 |
| Medicare | 35.56 | 107.06 |
| Federal Withholding | 203.15 | 612.45 |
| State Tax - PA | 75.06 | 225.95 |
| SUI-Colleague Paid - PA | 1.87 | 5.63 |
| City Tax - PALMR | 24.45 | 73.60 |
| PA LST - PALMR | 2.00 | 6.00 |
| Employee Taxes | 494.17 | 1,488.48 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 160.32 |
| Benefits Comprehensive Dental Employee | 28.22 | 84.66 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 30.90 |
| LVHN Health Plan PPO - EE | 113.03 | 339.09 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 225.00 |
| Pre Tax Deductions | 279.99 | 839.97 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 12.81 |
| 403(b) Loan (Employee Loan 6) | 12.21 | 36.63 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 14.19 |
| Post Tax Deductions | 21.21 | 63.63 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 80.16 |
| Benefits Basic Life Employer | 4.17 | 12.51 |
| GTL | 7.83 | 23.49 |
| Benefits Long Term Disability | 8.90 | 26.70 |
| LVHN Health Plan PPO - ER | 739.12 | 2,217.36 |
| Benefits Short Term Disability | 7.48 | 22.44 |
| Fringe NonCash Benefit Taxable | | 25.00 |
| Employer Paid Benefits | 794.22 | 2,407.66 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,452.88 | 7,383.64 |
| Medicare - Taxable Wages | 2,452.88 | 7,383.64 |
| Federal Withholding - Taxable Wages | 2,399.44 | 7,223.32 |
| State Tax Taxable Wages - PA | 2,445.05 | 7,360.15 |
| City Tax Taxable Wages - PALMR | 2,445.05 | 7,360.15 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,876.23 USD |

Lehigh Valley Hospital PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Mary Altorfer 2726 Guyton St Easton, PA 18045

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mary Altorfer | Lehigh Valley Hospital | 245862 | 01/04/2026 | 01/17/2026 | 01/22/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,671.60 | 279.99 | 500.13 | 21.21 | 1,870.27 |
| YTD | 5,343.20 | 559.98 | 994.31 | 42.42 | 3,746.49 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO | | | 0 | | 12 | 400.80 |
| Salary | 01/04/2026 - 01/17/2026 | 80 | 0 | 2,671.60 | 148 | 4,942.40 |
| Earnings | | | | 2,671.60 | | 5,343.20 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 153.63 | 305.71 |
| Medicare | 35.93 | 71.50 |
| Federal Withholding | 206.15 | 409.30 |
| State Tax - PA | 75.83 | 150.89 |
| SUI-Colleague Paid - PA | 1.89 | 3.76 |
| City Tax - PALMR | 24.70 | 49.15 |
| PA LST - PALMR | 2.00 | 4.00 |
| Employee Taxes | 500.13 | 994.31 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 53.44 | 106.88 |
| Benefits Comprehensive Dental Employee | 28.22 | 56.44 |
| Benefits Vision Employee Buy Up Plan | 10.30 | 20.60 |
| LVHN Health Plan PPO - EE | 113.03 | 226.06 |
| LVHN Health Plan Spousal Surcharge | 75.00 | 150.00 |
| Pre Tax Deductions | 279.99 | 559.98 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Benefits Supplemental Life and ADD | 4.27 | 8.54 |
| 403(b) Loan (Employee Loan 6) | 12.21 | 24.42 |
| Benefits Supplemental Dependent Life Spousal | 4.73 | 9.46 |
| Post Tax Deductions | 21.21 | 42.42 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 26.72 | 53.44 |
| Benefits Basic Life Employer | 4.17 | 8.34 |
| GTL | 7.83 | 15.66 |
| Benefits Long Term Disability | 8.90 | 17.80 |
| LVHN Health Plan PPO - ER | 739.12 | 1,478.24 |
| Benefits Short Term Disability | 7.48 | 14.96 |
| Fringe NonCash Benefit Taxable - 12/21/2025 - 01/03/2026 | 25.00 | 25.00 |
| Employer Paid Benefits | 819.22 | 1,613.44 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,477.88 | 4,930.76 |
| Medicare - Taxable Wages | 2,477.88 | 4,930.76 |
| Federal Withholding - Taxable Wages | 2,424.44 | 4,823.88 |
| State Tax Taxable Wages - PA | 2,470.05 | 4,915.10 |
| City Tax Taxable Wages - PALMR | 2,470.05 | 4,915.10 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| First Commonwealth FCU | Checking | ******5266 | | 1,870.27 USD |